UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Affinity Healthcare Group Voorhees, LLC
   Plaintiff
v.

Township of Voorhees, et al.,
   Defendant

Civil Action No. 1:21-cv-00800-RMB-AMD

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____Affinity Healthcare Group Voorhees, LLC_____,
certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

### OR

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____
Signature of Attorney

600 Beverly-Rancocas Road
Address

Willingboro, New Jersey 08046
City/State/Zip

01/18/2021
Date