UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AFFINITY HEALTHCARE GROUP VOORHEES, LLC, and DR. KENNETH BROWN,<br><br>Plaintiff,<br><br>v.<br><br>TOWNSHIP OF VOORHEES, VOORHEES TOWNSHIP ZONING BOARD, TOWNSHIP ZONING OFFICER JACLYN BRADLEY, and VOORHEES TOWNSHIP PLANNING BOARD<br><br>Defendants. | Civil Action No.: 1:21-CV-00800-RMB-AMD |

### ENTRY OF APPEARANCE

Please be advised that the undersigned, John C. Grady, Esquire hereby enters his appearance on behalf of the Defendants Township of Voorhees, Voorhees Township Zoning Board, Township Zoning Officer Jaclyn Bradley, and Voorhees Planning Board in the above captioned matter.

                                        CRAIG, ANNIN & BAXTER, LLP

                                        *s/John C. Grady*
                                        John C. Grady, Esquire (JCG/2743)
                                        58 Euclid Street
                                        Woodbury, NJ 08096
                                        (856) 795-2220
                                        [jgrady@kwclawyers.com](mailto:jgrady@kwclawyers.com)

Dated:   March 8, 2021