Samuel Reale, Jr. Esq. (SR1097)
HELMER, CONLEY & KASSELMAN, P.C.
600 Beverly Rancocas Road
Willingboro, New Jersey 08046
Tel.: 609-877-6550

*Attorneys for Plaintiffs Affinity Healthcare Group Voorhees, LLC and Dr. Kenneth Brown*

INTHEUNITEDSTATESDISTRICTCOURTF
ORTHEDISTRICTOFNEWJERSEY
CAMDEN VICINAGE

| | |
|---|---|
| AFFINITY HEALTHCARE GROUP VOORHEES, LLC and DR. KENNETH BROWN<br><br>*Plaintiffs*,<br><br>v.<br><br>TOWNSHIP OF VOORHEES, VOORHEES TOWNSHIP ZONING BOARD, TOWNSHIP ZONING OFFICER JACLYN BRADLEY, and VOORHEES TOWNSHIP PLANNING BOARD,<br><br>*Defendants*. | Civil Action No.:1:21-cv-00800-RMB-AMB<br><br>**CERTIFICATION OF SERVICE** |

I, Lauren Noble, being of full age, duly certifies as follows:

1. I am a legal secretary with the law firm of Helmer, Conley & Kasselman, P. A.

2. In compliance with the Federal Rules of Civil Procedure, the below Motion papers were filed electronically with the Court on March 12, 2021.

3. In compliance with the Federal Rules of Civil Procedure counsel for the Defendants, identified below, was served a copy of the within Notice of Emergent Application for an Order to Show Cause, Brief in Support of the Order attached with related Exhibits, Certifications in

Support of the Order, a Flash Drive containing two videos identified in the Brief as Exhibit Q, and a proposed form of Order, via over-night mail & e-mail communication, on March 12, 2021.

John C. Grady, Esq.
Craig, Annin & Baxter LLP
58 Euclid Street
Woodbury, New Jersey 08096
jgrady@kwclawyers.com
***Attorney for Defendants***

4. I hereby certify that the forgoing statements made by me are true. I am aware that if any statement contained herein is willfully false, I am subject to punishment.

Date: ___03/12/2021___  
*[signature]*  
Lauren Noble