

JOHN C. GRADY, ESQUIRE
CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY

jgrady@kwclawyers.com
Direct Dial: 856-202-8208

March 24, 2021

**By ECF**
Honorable Renee Marie Bumb, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

    Re:    Affinity Healthcare Group Voorhees, LLC, and Dr. Kenneth Brown v. Township of Voorhees, Voorhees Township Zoning Board, Township Zoning Officer Jaclyn Bradley, and Voorhees Township Planning Board
          Civil Action No.:    1:21-cv-800-RMB-AMD

Dear Judge Bumb:

    The original return date of Plaintiffs' Order to Show Cause is April 5, 2021. The originally noticed date has not been previously extended or adjourned. I am requesting that the return date of the Order to Show Cause be set for the next available motion day, April 19, 2021. I have consulted with Mr. Reale and he has consented to this request.

    Respectfully,

    CRAIG, ANNIN & BAXTER, LLP

    s/ *John C. Grady*
    John C. Grady, Esquire

JCG/mb
cc:    Christopher Norman, Esquire (by ECF)
       Stuart A. Platt, Esquire (by ECF)
       Samuel Reale, Jr. Esquire (by ECF)