UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

| | |
|---|---|
| **CAMDEN OFFICE** | **DATE OF PROCEEDINGS** |
| **JUDGE RENÉE MARIE BUMB** | March 30, 2021 |
| **COURT REPORTER: KAREN FRIEDLANDER** | **Docket #** 21-cv-00800(RMB/AMD) |

**TITLE OF CASE:**

AFFINITY HEALTHCARE GROUP VOORHEES, LLC, ET AL., VS. THE TOWNSHIP OF VOORHEES, ET AL.,

**APPEARANCES:**

Samuel Reale, Jr., Esquire for plaintiffs
John C. Grady, Esquire for The Township of Voorhees defendants
Christopher James Norman, Esquire and Stuart A. Platt, Esquire for Voorhees Township Zoning Board defendants

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

Status Conference held via video.


Time commenced: 9:00 a.m.                    Time Adjourned: 10:00 a.m.

                                                                      Total 1 Hour

                                                                       s/ *Arthur Roney*
                                                                      DEPUTY CLERK