```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                          CAMDEN VICINAGE
```

| | |
|---|---|
| AFFINITY HEALTHCARE GROUP VOORHEES, LLC and DR. KENNETH BROWN,<br><br>             Plaintiffs,<br><br>    v.<br><br>TOWNSHIP OF VORRHEES, et al.,<br><br>             Defendants. | Civil No. 21-800 (RMB/AMD) |

### SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephonic scheduling conference held pursuant to Federal Rule of Civil Procedure 16 on April 27, 2021; and the Court noting the following appearances: Samuel Reale, Jr., Esquire, appearing on behalf of Plaintiff; John C. Grady, Esquire, appearing on behalf of Township of Voorhees Defendants; and Christopher J. Norman, Esquire, Voorhees Township Zoning Board Defendants; and good cause appearing for the entry of the within Order:

IT IS on this **27th** day of **April 2021**, hereby **ORDERED**:

1. The parties shall make Fed. R. Civ. P. 26(a) disclosures on or before **May 7, 2021**.

2. Plaintiff's counsel shall forward a letter to the Court by **May 7, 2021**, stating that the parties have conferred pursuant to L. Civ. R. 26.1(b)(2) and 26.1(d) concerning discovery of electronically stored information, including social media, and advise whether the parties have agreed on computer-based and other digital discovery matters.

3. The Court will conduct a telephone status conference on **June 8, 2021 at 2:30 P.M.** Counsel shall utilize the following

dial-in instructions for the conference call: 1-888-684-8852 / 2828702# / 654321#.

  4. The time within which to file a motion to amend the pleadings or a motion to join new parties will expire on **June 25, 2021**.

  5. Pretrial factual discovery is hereby extended to **July 30, 2021**. All pretrial discovery shall be concluded by that date. All discovery motions and applications pursuant to L. CIV. R. 37.1(a)(1) shall be made returnable before the expiration of pretrial factual discovery.

  6. **<u>Depositions</u>**. All depositions are to be conducted in accordance with the procedures set forth in the order of Judge Gawthrop, in *Hall v. Clifton Precision*, 150 F.R.D. 525 (E.D. Pa. 1993).

  7. All expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) on behalf of Plaintiff shall be served upon counsel for Defendants not later than **August 16, 2021**. All expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) on behalf of Defendants shall be served upon counsel for Plaintiff not later than **September 13, 2021**. Each such report should be accompanied by the *curriculum vitae* of the proposed expert witness. No expert opinion testimony shall be admitted at trial with respect to any witness for whom this procedure has not been timely followed. Depositions of proposed expert witnesses shall be concluded by **October 15, 2021**.

  The parties shall also exchange, in accordance with the foregoing schedule, written statements identifying all opinion testimony counsel and the parties anticipate will be presented at trial pursuant to FED. R. EVID. 701 and *Teen-Ed v. Kimball International, Inc.*, 620 F.2d 399 (3d Cir. 1980).

  8. **<u>Dispositive Motions</u>**. Dispositive motions shall be filed with the Clerk of the Court no later than **November 15, 2021**. Opposition to the motion should be served in a timely fashion. Counsel are to follow L. CIV. R. 7.1, 7.2, 56.1 and 78.1 (Motion Practice – Generally).

  9. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons

necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

```
                                    s/ Ann Marie Donio
                                    ANN MARIE DONIO
                                    UNITED STATES MAGISTRATE JUDGE
```

cc: Hon. Renée Marie Bumb