**PARKER McCAY**

Parker McCay P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054-5054

P: 856.596.8900
F: 856.596.9631
www.parkermccay.com

**John C. Gillespie, Esquire**
Direct Fax:  856-489-6980
jgillespie@parkermccay.com

January 11, 2022

File No. 14972-3

Clerk
United States District Court
Mitchell H. Cohen Bldg & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

> **Re:** **Affinity Healthcare v. Township of Voorhees, et al**
> **Civil Action No. 1:21-cv-800-RMB-AMD**

Dear Sir or Madam:

Please be advised that this Firm represents Defendants, The Township of Voorhees, Voorhees Township Zoning Board, Township Zoning Officer Jaclyn Bradley, and Voorhees Township Planning Board, in the above-captioned matter.  Plaintiffs, Affinity Healthcare Group Voorhees, LLC and Dr. Kenneth Brown, have filed a Motion for Summary Judgment returnable on February 7, 2022.

Defendants' opposition to said Motion is due on Monday, January 24, 2022.  Pursuant to Local Civil Rule 7.1(d)(5), I am requesting an automatic fourteen (14) day extension to oppose the Motion.

The new return date will be **Tuesday, February 22, 2022**.  Defendants' opposition will now be due on <u>Tuesday, February 8, 2022</u>, and Plaintiffs' reply will now be due on Tuesday, <u>February 15, 2022</u>.

Very truly yours,

JOHN C. GILLESPIE

JCG/jth
cc:  Samuel Reale, Jr., Esquire
      Christopher Norman, Esquire
      Stuart A. Platt, Esquire
      J. Brooks DiDonato, Esquire
4879-7774-0553, v. 1

COUNSEL WHEN IT MATTERS.℠

Mount Laurel, New Jersey | Hamilton, New Jersey | Atlantic City, New Jersey | Camden, New Jersey