[Docket Nos. 74, 86]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| AFFINITY HEALTHCARE GROUP VOORHEES, LLC and DR. KENNETH BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>THE TOWNSHIP OF VOORHEES, *et al.*,<br><br>Defendants. | Civil No. 21-800 (RMB/AMD)<br><br>**ORDER** |

**BUMB, U.S. District Judge**

This matter comes before the Court upon the parties' cross motions for summary as to all counts of the Complaint. [Docket Nos. 74, 86.] For the reasons set forth in the accompanying Opinion of today's date,

**IT IS** this **30th** day of **August 2022**, hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment [Docket No. 74] is **DENIED**; and it is further

**ORDERED** that Defendants' Motion for Summary Judgment [Docket No. 86] is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE THIS CASE**; and it is further

**ORDERED** that if Plaintiffs choose to pursue a motion for reconsideration

pursuant to L. R. Civ. P. 7.1, including with respect to their proffer that there is outstanding discovery, Plaintiffs must clearly set forth the following in their motion: (1) an explanation as to why they did not previously comply with the requirements of Fed. R. Civ. P. 56(c); (2) what fact(s) additional discovery would show; (3) how such additional fact(s) would advance their claim(s); and (4) what particular part(s) of the record support(s) their assertion regarding outstanding discovery.

                                                  s/Renée Marie Bumb
                                                  Renée Marie Bumb
                                                  U.S. District Judge