UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AFFINITY HEALTHCARE GROUP VOORHEES, LLC and DR. KENNETH BROWN,<br><br>    Plaintiffs,<br><br>v.<br><br>THE TOWNSHIP OF VOORHEES, VOORHEES TOWNSHIP ZONING BOARD, TOWNSHIP ZONING OFFICER JACLYN BRADLEY, and VOORHEES TOWNSHIP PLANNING BOARD,<br><br>    Defendants. | Civil Action<br>No. 1:21-cv-00800 (RMB/AMD) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Affinity Healthcare Group Voorhees, LLC, and Dr. Kenneth Brown, in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the August 30, 2022 Order (Dkt. No. 1:21-cv-00800), entering judgment in favor of Defendants, and against the Plaintiffs, granting Defendants' Motion for Summary Judgement.

                                              Respectfully submitted,

                                              /*s*/ Timothy C. Alexander /
                                              Timothy C. Alexander, Esquire
                                              Attorney Identification No. 315716
                                              Helmer, Conley & Kasselman, P.A.
                                              107 West Broadway
                                              Salem, New Jersey 08079
                                              (856) 935-2244
                                              timalexander@helmerlegal.com
Date: September 21, 2022                     Attorneys for Plaintiffs
                                              Affinity Healthcare Group Voorhees, LLC
                                              and Dr. Kenneth Brown

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AFFINITY HEALTHCARE GROUP VOORHEES, LLC and DR. KENNETH BROWN,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE TOWNSHIP OF VOORHEES, VOORHEES TOWNSHIP ZONING BOARD, TOWNSHIP ZONING OFFICER JACLYN BRADLEY, and VOORHEES TOWNSHIP PLANNING BOARD,<br><br>　　　　　　　　　Defendants. | Civil Action<br>No. 1:21-cv-00800 (RMB/AMD) |

CERTIFICATE OF SERVICE

I hereby certify that on the date below, the Plaintiffs' Notice of Appeal was filed via the Court's electronic filing system and is available for downloading by all parties of record.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Timothy C. Alexander /
　　　　　　　　　　　　　　　　　　Timothy C. Alexander, Esquire
　　　　　　　　　　　　　　　　　　Attorney Identification No. 315716
　　　　　　　　　　　　　　　　　　Helmer, Conley & Kasselman, P.A.
　　　　　　　　　　　　　　　　　　107 West Broadway
　　　　　　　　　　　　　　　　　　Salem, New Jersey 08079
　　　　　　　　　　　　　　　　　　(856) 935-2244
　　　　　　　　　　　　　　　　　　timalexander@helmerlegal.com
Date:  September 21, 2022　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　Affinity Healthcare Group Voorhees, LLC
　　　　　　　　　　　　　　　　　　 and Dr. Kenneth Brown