UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-2769
_____

AFFINITY HEALTHCARE GROUP VOORHEES, LLC; DR. KENNETH BROWN,
Appellants

v.

TOWNSHIP OF VOORHEES; VOORHEES TOWNSHIP ZONING BOARD; ZONING OFFICER JACLYN BRADLEY; VOORHEES TOWNSHIP PLANNING BOARD

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 1-21-cv-00800)
District Judge: Honorable Renee M. Bumb

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
January 16, 2024
_____

Before: SHWARTZ, MATEY, and PHIPPS, Circuit Judges.
_____

JUDGMENT
_____

This cause came to be considered on appeal from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on January 16, 2024.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the judgment of the District Court entered on August 30, 2022, is hereby AFFIRMED. Costs shall be taxed against Appellants.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: January 18, 2024

**Certified as a true copy and issued in lieu of a formal mandate on** March 6, 2024

**Teste:** *(signature)*
**Clerk, U.S. Court of Appeals for the Third Circuit**